```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Lelchook et al*

v.

*Lebanese Canadian Bank, SAL et*

**CERTIFICATE OF MAILING**

Case No.: 18-cv-12401 (GBD)

I hereby certify under the penalties of perjury that on the 25 day of March, 2019, I served: Mohamed Hamdoun, Atrium Building-2nd Floor, Main Street, Mina Al Hosn, Beirut, Lebanon

☒ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

   1    copy(ies) of the    Complaint, Summons, Civil Cover Sheet and Related Case Statement

by    Federal Express # 7747 7384 1615    .

Dated: New York, New York
       03/25/ 2019

RUBY J. KRAJICK
CLERK OF COURT

*Melina Roberts*

Melina Roberts
DEPUTY CLERK

```
ORIGIN ID:EGXA        (718) 855-3627      SHIP DATE: 22MAR19
ROBERT TOLCHIN                            ACTWGT: 1.00 LB
THE BERKMAN LAW OFFICE, LLC               CAD: 101010663/INET4100
111 LIVINGSTON STREET
SUITE 1928
BROOKLYN, NY 11201 US                     BILL SENDER
SIGN: ROBERT TOLCHIN                      NO EEI 30.37(a)

TO MOHAMED HAMDOUN

   ATRIUM BUILDING - 2ND FLOOR
   MAIN STREET, MINA AL HOSN
   BEIRUT  99999                                    (LB)
   9611379922           REF: LELCHOOK
   INV:
   PO:                           DEPT:
```




```
                                          PM
TRK# 7747 7384 1615                       INTL PRIORITY
0430

                                              393
X5 BEYA                                   -LB  JNB
```



3/22/2019