```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Lelchook et al*

v.

*Lebanese Canadian Bank, SAL et*

**CERTIFICATE OF MAILING**

Case No.: __18-cv-12401__ (GBD)

I hereby certify under the penalties of perjury that on the __25__ day of March, 2019, I served: __Lebanese Canadian Bank, SAL, c/o Mohamed Hamdoun, Liquidator, Atrium Building-2nd Floor, Main Street, Mina Al Hosn, Beirut, Lebanon__

☒   the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☐   the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐   the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐   the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

__1__ copy(ies) of the __Complaint, Summons, Civil Cover Sheet and Related Case Statement__

by __Federal Express # 7747 7381 8970__.

Dated: New York, New York
         03/25/ 2019

RUBY J. KRAJICK
CLERK OF COURT

_Melina Roberts_
Melina Roberts
DEPUTY CLERK

```
ORIGIN ID:EGXA    (718) 855-3627        SHIP DATE: 22MAR19
ROBERT TOLCHIN                          ACTWGT: 1.00 LB
THE BERKMAN LAW OFFICE, LLC             CAD: 101010663/INET4100
111 LIVINGSTON STREET
SUITE 1928
BROOKLYN, NY 11201 US                   BILL SENDER
SIGN: ROBERT TOLCHIN                    NO EEI 30.37(a)

TO MOHAMED HAMDOUN, LIQUIDATOR
   LEBANESE CANADIAN BANK, SAL
   ATRIUM BUILDING - 2ND FLOOR
   MAIN STREET, MINA AL HOSN
   BEIRUT 99999                                    (LB)
   9611379922         REF: LELCHOOK
   INV:
   PO:                       DEPT:
```



```
                                               FedEx
                                               Express

                                                 E

                                                        PM
TRK# 7747 7381 8970                          INTL PRIORITY
 0430

                                                    393
X5 BEYA                                    -LB      JNB
```

3/22/2019