## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTER LELCHOOK, *et al.*,<br><br>                              Plaintiffs,<br><br>-against-<br><br>LEBANESE CANADIAN BANK SAL, *et al.*,<br><br>                              Defendants. | Case No. 18-cv-12401 (GBD)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and all prior pleadings and proceedings herein, and in accordance with the so-ordered Stipulation and Order dated November 8, 2021 [ECF No. 37], Defendants Lebanese Canadian Bank SAL and Mohamed Hamdoun (collectively "Defendants"), by and through their undersigned attorneys, hereby move this Court before the Honorable George B. Daniels at the United States District Court for the Southern District of New York located at 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order dismissing the Complaint against Defendants in its entirety with prejudice pursuant to Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6), and for such other relief as the Court deems just.

PLEASE TAKE FURTHER NOTICE that, pursuant to Paragraph 2 of the Stipulation and Order, on or before December 6, 2021, the parties shall meet and confer regarding scheduling and shall file a letter with the Court with a proposed schedule (or, failing agreement, each party's proposed schedule) for briefing in opposition and reply to Defendants' motion to dismiss.

Respectfully submitted.

November 29, 2021                                **SQUIRE PATTON BOGGS (US) LLP**

*/s/ Gassan A. Baloul*

| | |
|---|---|
| Mitchell R. Berger (MB-4112) | Gassan A. Baloul (GB-4473) |
| mitchell.berger@squirepb.com | gassan.baloul@squirepb.com |
| 2550 M Street, NW | Joseph S. Alonzo (JA-1378) |
| Washington, DC 20037 | joseph.alonzo@squirepb.com |
| Telephone: (202) 457-6000 | 1211 Avenue of the Americas, 26th Floor |
| Facsimile:  (202) 457-6315 | New York, NY 10036 |
| | Telephone: (212) 872-9800 |
| | Facsimile:  (212) 872-9815 |

*Attorneys for Defendants Lebanese Canadian Bank SAL and Mohamed Hamdoun*