UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
ESTER LELCHOOK et al,

               Plaintiffs,

   -against-

LEBANESE CANADIAN BANK, SAL et al,

               Defendant.

------------------------------------- x

FEB 14 2022

ORDER

18 Civ. 12401 (GBD)

GEORGE B. DANIELS, United States District Judge:

A status conference is scheduled for May 25, 2022 at 10:00 a.m.

Dated: New York, New York
       February 10, 2022

SO ORDERED.

*George B. Daniels*
United States District Judge