UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ESTER LELCHOOK, individually and as personal    :
representative of the Estate of David Martin Lelchook;    :
MICHAL LELCHOOK; YAEL LELCHOOK;    :
ALEXANDER LELCHOOK; DORIS LELCHOOK;    :
MALKA KUMER; CHANA LIBA KUMER; MIRIAM    :
ALMACKIES; CHAIM KAPLAN; RIVKA KAPLAN;    :
BRIAN ERDSTEIN; KARENE ERDSTEIN; MA'AYAN :
ERDSTEIN; CHAYIM KUMER; NECHAMA KUMER; :
LAURIE RAPPEPPORT; MARGALIT RAPPEPORT;    :
THEODORE (TED) GREENBERG; MOREEN    :
GREENBERG; JARED SAUTER; DVORA CHANA    :
KASZEMACHER; CHAYA KASZEMACHER    :
ALKAREIF; AVISHAI REUVANE; ELISHEVA    :
ARON, YAIR MOR; and MIKIMI STEINBERG,    :
   :
              Plaintiffs,    :
   :
      -against-    :
   :
LEBANESE CANADIAN BANK, SAL; MOHAMED    :
HAMDOUN; AHMAD SAFA; and JOHN DOES 1-5,    :
   :
            Defendants.    :
   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

18 Civ. 12401 (GBD) (KHP)

GEORGE B. DANIELS, United States District Judge:

In light of the resolution of the appeal of this Court's September 20, 2019 Memorandum Decision

and Order in *Licci, et al. v. Lebanese Canadian Bank, SAL*, 08-cv-7253 (GBD) (S.D.N.Y.), ECF No. 113,

the stay of this action entered by this Court on October 9, 2019, (ECF No. 35) is hereby LIFTED.

Dated: April 21, 2022
      New York, New York

SO ORDERED.

*George B Daniels*

GEORGE B. DANIELS
United States District Judge