UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

ESTER LELCHOOK, individually and as personal representative of the Estate of David Martin Lelchook; MICHAL LELCHOOK; YAEL LELCHOOK; ALEXANDER LELCHOOK; DORIS LELCHOOK; MALKA KUMER; CHANA LIBA KUMER; MIRIAM ALMACKIES; CHAIM KAPLAN; RIVKA KAPLAN; BRIAN ERDSTEIN; KARENE ERDSTEIN; MA'AYAN ERDSTEIN; CHAYIM KUMER; NECHAMA KUMER; LAURIE RAPPEPPORT; MARGALIT RAPPEPORT; THEODORE (TED) GREENBERG; MOREEN GREENBERG; JARED SAUTER; DVORA CHANA KASZEMACHER; CHAYA KASZEMACHER ALKAREIF; AVISHAI REUVANE; ELISHEVA ARON, YAIR MOR; and MIKIMI STEINBERG,

      Plaintiffs,

 -against-

LEBANESE CANADIAN BANK, SAL; MOHAMED HAMDOUN; AHMAD SAFA; and JOHN DOES 1-5,

      Defendants.

------------------------------------ x

ORDER

18 Civ. 12401 (GBD) (KHP)

GEORGE B. DANIELS, United States District Judge:

  Defendants Lebanese Canadian Bank and Mohamed Hamdoun's motion to dismiss dated November 29, 2021 (ECF No. 40) and Defendant Ahmad Safa's motion to dismiss dated February 22, 2022 (ECF No. 55) are DENIED as moot, because Plaintiff subsequently filed an amended complaint (ECF No. 65), to which Defendants have stipulated they will respond by July 11, 2022 (ECF No. 59).

Dated: June 1, 2022
   New York, New York

                SO ORDERED.

                *George B. Daniels*
                GEORGE B. DANIELS
                United States District Judge