UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTER LELCHOOK, *et al.*,<br><br>    Plaintiffs,<br><br>-against-<br><br>LEBANESE CANADIAN BANK SAL, *et al.*,<br><br>    Defendants. | Case No. 18-cv-12401 (GBD) (KHP)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and all prior pleadings and proceedings herein, and in accordance with the so-ordered Stipulation and Order dated February 28, 2022 [ECF No. 59], Defendants Lebanese Canadian Bank SAL and Mohamad Hamdoun (collectively "Defendants"), by and through their undersigned attorneys, hereby move this Court before the Honorable George B. Daniels at the United States District Court for the Southern District of New York located at 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order dismissing the Amended Complaint as against Defendant Mohamad Hamdoun in its entirety with prejudice pursuant to Fed. R. Civ. P. 12(b)(1), Fed. R. Civ. P. 12(b)(2), and Fed. R. Civ. P. 12(b)(6), and as against Defendant Lebanese Canadian Bank SAL in part with prejudice pursuant to Fed. R. Civ. P. 12(b)(1), and for such other relief as the Court deems just.

PLEASE TAKE FURTHER NOTICE that, pursuant to Paragraph 3 of the above-mentioned Stipulation and Order, Plaintiffs shall file their opposition to this Motion on or before September 9, 2022, and Defendants shall file their reply thereto within 60 days of Plaintiffs' opposition filing.

Respectfully submitted.

July 11, 2022        **SQUIRE PATTON BOGGS (US) LLP**

*/s/ Gassan A. Baloul*

| | |
|---|---|
| Mitchell R. Berger (MB-4112) | Gassan A. Baloul (GB-4473) |
| mitchell.berger@squirepb.com | gassan.baloul@squirepb.com |
| 2550 M Street, NW | Joseph S. Alonzo (JA-1378) |
| Washington, DC 20037 | joseph.alonzo@squirepb.com |
| Telephone: (202) 457-6000 | 1211 Avenue of the Americas, 26th Floor |
| Facsimile: (202) 457-6315 | New York, NY 10036 |
| | Telephone: (212) 872-9800 |
| | Facsimile: (212) 872-9815 |

*Attorneys for Defendants Lebanese Canadian Bank SAL and Mohamad Hamdoun*