# THE BERKMAN LAW OFFICE, LLC

829 E 15TH STREET, BROOKLYN, NY 11230 | P 718.855.3627 F 718.855.4696 | BERKMANLAW.COM

**MEMO ENDORSED**

October 18, 2022

**BY ECF**
Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2022
```

Re: ~~Kaplan, et al. v. Lebanese Canadian Bank, 08-cv-7253-GBD-KHP~~
<u>Lelchook, et al. v. Lebanese Canadian Bank, et al.</u>, 18-cv-12401-GBD-KHP

Dear Judge Parker:

We represent Plaintiffs in the matter referenced above. A conference is scheduled for Thursday October 20, 2022 at noon.

Unfortunately, my daughter has a pressing medical issue that requires a prompt doctor's appointment, and the only appointment the relevant doctor had available was for the same time as the conference. And the doctor's office is in New Rochelle (we live in Brooklyn), which means this appointment will realistically consume much of the day.

In light of the above, Plaintiffs respectfully request that the Court adjourn the conference.

Defense counsel has indicated that he has no objection to this request.

Thank you for your consideration.

Respectfully yours,

Robert J. Tolchin

cc. All counsel of record by ECF

---

*Handwritten endorsement:*

Application Granted. The parties shall file a status letter in lieu of a conference. So Ordered.

Katharine H. Parker
USMJ  10·19·22