**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

ESTER LELCHOOK, individually and as personal
representative of the Estate of David Martin Lelchook;
MICHAL LELCHOOK; YAEL LELCHOOK;
ALEXANDER LELCHOOK; DORIS LELCHOOK;
MALKA KUMER; CHANA LIBA KUMER; MIRIAM
ALMACKIES; CHAIM KAPLAN; RIVKA KAPLAN;
BRIAN ERDSTEIN; KARENE ERDSTEIN; MA'AYAN
ERDSTEIN; CHAYIM KUMER; NECHAMA KUMER;
LAURIE RAPPEPORT; MARGALIT RAPPEPORT;
THEODORE (TED) GREENBERG; MOREEN
GREENBERG; JARED SAUTER; DVORA CHANA
KASZEMACHER; CHAYA KASZEMACHER
ALKAREIF; AVISHAI REUVANE; ELISHEVA
ARON, YAIR MOR; and MIKIMI STEINBERG,

               Plaintiffs,

    -against-

LEBANESE CANADIAN BANK, SAL; MOHAMED
HAMDOUN; AHMAD SAFA; and JOHN DOES 1-5,

               Defendants.

------------------------------------- x

ORDER

18 Civ. 12401 (GBD) (KHP)

GEORGE B. DANIELS, United States District Judge:

    This Court will hear oral argument on Defendants' Motion to Dismiss, (ECF No. 75), on January 10, 2023 at 10:00 a.m.

Dated: December 14, 2022
      New York, New York

                                        SO ORDERED.

                                        GEORGE B. DANIELS
                                        United States District Judge