

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, District of Columbia 20037

O   +1 202 457 6000
F   +1 202 457 6315
squirepattonboggs.com

Gassan A. Baloul
T   +1 202 457 6155
gassan.baloul@squirepb.com

**MEMO ENDORSED**

June 16, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/20/2023

**VIA ECF**

The Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:**

*Lelchook, et al. v. Lebanese Canadian Bank, SAL, et al.*, **18-CV-12401 (GBD)(KHP)**

Dear Judge Parker:

We write on behalf of all parties in the above-referenced actions to request an adjournment of the June 26, 2023 conference (previously adjourned from April 27, 2023 and May 16, 2023). The parties engaged in productive meet-and-confer communications last week in an effort to narrow their discovery disputes, and have agreed to exchange additional information relating to their respective discovery requests and responses by June 22, 2023. A brief adjournment of the June 26 conference will permit the parties to review the information to be exchanged on June 22 and, if needed, submit letters to the Court addressing the remaining areas of dispute in advance of the conference.

For the foregoing reasons, the parties jointly and respectfully request that the June 26 conference in these actions be adjourned to July 19, 2023, or a date thereafter convenient to the Court.

**APPLICATION GRANTED:** The Case Management Conference in this matter scheduled for Monday, June 26, 2023 at 11:15 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Thursday, July 20, 2023 at 10:30 a.m.**

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
06/20/2023

45 Offices in 20 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.

Squire Patton Boggs (US) LLP

**VIA ECF**

The Honorable Katharine H. Parker
United States District Court, Southern District of New York
June 16, 2023

Respectfully submitted,

Squire Patton Boggs (US) LLP

*/s/ Gassan A. Baloul*
Gassan A. Baloul

**SO ORDERED.**

Dated: New York, New York
June __, 2023

_____
Hon. Katharine H. Parker