```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ESTER LELCHOOK, *et al.*,

                                    Plaintiffs,

        -against-

LEBANESE CANADIAN BANK, SAL, *et al.*,

                                  Defendants.
-----------------------------------------------------------------X

**ORDER**

**18-CV-12401 (GBD) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge:**

        **By February 14, 2025**, the parties shall file a joint status letter, updating the Court on any case developments and the status of the Second Circuit's ruling in *Lelchook v. SGBL*.

        **SO ORDERED.**

DATED:      New York, New York
                 January 30, 2025

                                                */s/ Katharine H. Parker*
                                                KATHARINE H. PARKER
                                                United States Magistrate Judge