**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
CHAIM KAPLAN, *et al.*,

                            Plaintiffs,

              -against-

LEBANESE CANADIAN BANK, SAL,
                       Defendant.
-------------------------------------------------------------------X
ESTER LELCHOOK, *et al.*,

                            Plaintiffs,

              -against-

LEBANESE CANADIAN BANK, SAL, *et al.*,
                       Defendants.
-------------------------------------------------------------------X

**ORDER**

**08-CV-7253 (GBD) (KHP)**

**18-CV-12401 (GBD) (KHP)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2025

**KATHARINE H. PARKER, United States Magistrate Judge:**

On December 10, 2025 the parties filed a joint status letter to update the Court on the current status of discovery and request that the existing stay be continued in these matters for an additional 60-days. The request is DENIED.

The Court does not find that good cause has been shown to justify extending the stay. Accordingly, third party discovery should commence immediately. In lieu of another status letter, a Case Management Conference is scheduled for **Thursday, February 19, 2026 at 11:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. The Court will set a comprehensive schedule at the conference. The parties shall be prepared to discuss outstanding discovery and anticipated motions.

**SO ORDERED.**

DATED:        New York, New York
              December 11, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge

2