

**SQUIRE**
**PATTON BOGGS**

<table>
<tr><td>Squire Patton Boggs (US) LLP<br>2550 M Street, NW<br>Washington, District of Columbia 20037</td></tr>
</table>

O   +1 202 457 6000
F   +1 202 457 6315
squirepattonboggs.com

<table>
<tr><td>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED:  02/06/2026</td></tr>
</table>

**APPLICATION GRANTED:** The Case Management Conference in these matters scheduled for Thursday, February 19, 2026 at 11:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Tuesday, March 17, 2026 at 2:00 p.m</u>.

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

02/06/2026

Gassan A. Baloul
T   +1 202 457 6155
gassan.baloul@squirepb.com

February 6, 2026

**VIA ECF**

The Honorable Katharine H. Parker
United States District Court, Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:** ***Kaplan, et al. v. Lebanese Canadian Bank, SAL*, 08-CV-7253 (GBD)(KHP)**
***Lelchook, et al. v. Lebanese Canadian Bank, SAL, et al.*, 18-CV-12401 (GBD)(KHP)**

Dear Judge Parker:

Pursuant to Rule 1(c) of Your Honor's Individual Practices in Civil Cases, we write to request a brief adjournment of the Case Management Conference scheduled for February 19, 2026 in the above-referenced actions, as counsel for Defendants will be traveling outside New York on that date. There have been no previous requests for an adjournment of this conference, and the adjournment will not affect any other scheduled dates.

We have conferred with Plaintiffs' counsel, who advise that they consent to this adjournment, and we have confirmed that counsel for all parties are available on March 16, March 17, March 18, or March 19. We therefore respectfully request that the conference be adjourned to one of those dates, or a date thereafter convenient to the Court.

We thank the Court for its attention to this matter.

Respectfully submitted,

Squire Patton Boggs (US) LLP

*/s/ Gassan A. Baloul*
Gassan A. Baloul

Cc:  All counsel of record (via ECF)

48 Offices across 4 Continents

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.