USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
CHAIM KAPLAN, *et al.*,

Plaintiffs,

-against-

LEBANESE CANADIAN BANK, SAL,

Defendant.
---------------------------------------------------------------X

**ORDER**

**08-CV-7253 (GBD) (KHP)**

ESTER LELCHOOK, *et al.*,

Plaintiffs,

-against-

LEBANESE CANADIAN BANK, SAL, *et al.*,

Defendants.
---------------------------------------------------------------X

**18-CV-12401 (GBD) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On November 11, 2026, Plaintiffs requested clarification of the Court's November 5, 2026 Order setting interim deadlines for third-party subpoenas. (18-cv-12401, ECF No.181; 08-cv-7253, ECF No. 263).

The Court clarifies that the deadline for third-party subpoenas to be served on Société Générale de Banque au Liban is **November 30, 2026**. The deadline for service of all other third-party subpoenas is **January 31, 2027**.

**SO ORDERED.**

DATED: New York, New York
November 13, 2026

Katharine H Parker
______________________________
KATHARINE H. PARKER
United States Magistrate Judge